## MARGARET J. EAKIN

*v.*

## MAHALA E. EAKIN.

REPLEVIN—*where plaintiff claims entire ownership—of the proof required.*
Where the plaintiff in an action of replevin claims the entire ownership
of the property, a recovery can not be had upon proof that he was the
owner of three-fourths only of the article or thing replevied.

APPEAL from the Circuit Court of Vermilion county; the
Hon. JAMES STEELE, Judge, presiding.

This was an action of replevin, brought by Margaret J.
Eakin against Mahala E. Eakin, for the recovery of a piano.
The plaintiff claimed the instrument as her sole property. A
trial by jury resulted in a verdict and judgment in favor of
the defendant. The plaintiff appeals.

Mr. E. S. TERRY, for the appellant.

Mr. D. D. EVANS, and Mr. J. B. MANN, for the appellee.

Per CURIAM: The jury were fully justified in the conclu-
sion, from the evidence, that the plaintiff below was the owner
of only three-fourths of the piano.

As she claimed the entire ownership, she could not recover
in replevin under the proof.

The judgment is affirmed.

*Judgment affirmed.*